STATE of Missouri, Plaintiff/Respondent,

v.

Lamont FULTZ, Defendant/Appellant.

No. 63117.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 9, 1993.

Susan K. Eckles, St. Louis, for defendant, appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his conviction by a jury of second degree drug trafficking, § 195.223, RSMo Supp.1992. The court sentenced him as a prior and persistent offender to a term of sixteen years' imprisonment. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.-25(b).